DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PAIGE LOONAN,**
Appellant,

v.

**ASI PREFERRED INSURANCE CORPORATION,**
Appellee.

No. 4D19-1337

[August 6, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Nicholas R. Lopane, Judge; L.T. Case No. 17-2779 CACE (03).

Roy W. Jordan, Jr. of Roy W. Jordan, Jr., P.A., West Palm Beach, for appellant.

Patrick E. Betar and Evelyn M. Merchant of Berk, Merchant & Sims, PLC, Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, ARTAU, JJ., and SCHOSBERG FEUER, SAMANTHA, Associate Judge, concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***